**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARTIN KARL SCHULZ IV, Derivatively on Behalf of Nominal Defendant CAMPING WORLD HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS A. LEMONIS, MATTHEW D. WAGNER, THOMAS E. KIRN, BRENT L. MOODY, ANDRIS A. BALTINS, BRIAN P. CASSIDY, MARY J. GEORGE, MICHAEL W. MALONE, K. DILLON SCHICKLI, and KATHLEEN S. LANE,<br><br>Defendants,<br><br>and<br><br>CAMPING WORLD HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 1:26-cv-05824<br><br>Judge: Hon. April M. Perry<br><br>Magistrate Judge: Hon. Laura K. McNally |

[Caption continues on next page.]

| | |
|---|---|
| CHRISTOPHER AMARAL, Derivatively on Behalf of Nominal Defendant CAMPING WORLD HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS A. LEMONIS, MATTHEW D. WAGNER, THOMAS E. KIRN, BRENT L. MOODY, ANDRIS A. BALTINS, BRIAN P. CASSIDY, MARY J. GEORGE, MICHAEL W. MALONE, K. DILLON SCHICKLI, and KATHLEEN S. LANE,<br><br>Defendants,<br><br>and<br><br>CAMPING WORLD HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 1:26-cv-05835<br><br>Judge: Hon. John J. Tharp, Jr.<br><br>Magistrate Judge: Hon. M. David Weisman |

[Caption continues on next page.]

| | |
|---|---|
| MERRY A. KOGUT, derivatively on behalf of CAMPING WORLD HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS A. LEMONIS, THOMAS E. KIRN, MATTHEW D. WAGNER, ANDRIS A. BALTINS, BRIAN P. CASSIDY, MARY J. GEORGE, KATHLEEN S, LANE, MICHAEL W. MALONE, BRENT L. MOODY, and K. DILLON SCHICKLI,<br><br>Defendants,<br><br>and<br><br>CAMPING WORLD HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 1:26-cv-05914<br><br>Judge: Hon. Manish S. Shah<br><br>Magistrate Judge: Hon. Keri L. Holleb Hotaling |

**ORDER GRANTING PLAINTIFFS CHRISTOPHER AMARAL, MARTIN KARL SCHULZ IV, AND MERRY A. KOGUT'S UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF CO-LEAD COUNSEL AND CO-LIAISON COUNSEL**

The Court, having considered Plaintiffs Christopher Amaral, Martin Karl Schulz IV, and Merry A. Kogut's ("Plaintiffs") Unopposed Motion for Consolidation and Appointment of Co-Lead and Co-Liaison Counsel (the "Motion"), the Declaration of Lori A. Fanning and exhibits submitted in support thereof, and the parties' positions related thereto, and good cause having been shown,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED, as follows:

2. The following related derivative actions shall be consolidated for all purposes, including pre-trial proceedings, trial, and appeal, into one action (the "Consolidated Derivative Action"):

| Case Name | Case No. | Date Filed |
| --- | --- | --- |
| *Schulz v. Lemonis et al* (the "*Schulz* Action") | 1:26-cv-05824 | May 19, 2026 |
| *Amaral v. Lemonis et al* (the "*Amaral* Action") | 1:26-cv-05835 | May 19, 2026 |
| *Kogut v. Lemonis et al* (the "*Kogut* Action") | 1:26-cv-05914 | May 20, 2026 |

3. Under L.R. 40.4(c), the Court finds that the *Schulz* Action, *Amaral* Action, and *Kogut* Action are related and the *Amaral* Action and *Kogut* Action are reassigned to the docket of the Honorable April M. Perry.

4. Every pleading filed in the Consolidated Derivative Action, or in any separate actions included herein, shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| IN RE CAMPING WORLD HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:26-cv-05824 |
| --- | --- |

| This Document Relates To: ALL ACTIONS | (Consolidated with Case No. 1:26-cv-05835 and Case No. 1:26-cv-05914) |
|---|---|

5. The documents filed in the Consolidated Derivative Action will be maintained in one file under Lead Case No. 1:26-cv-05824 and all documents previously filed and/or served in the *Amaral* Action (1:26-CV-05835) and *Kogut* Action (1:26-CV-05914) shall be deemed part of the record in the Consolidated Derivative Action. The dockets of the *Amaral* Action (1:26-CV-05835) and the *Kogut* Action (1:26-CV-05914) shall be administratively closed.

6. If a case which properly belongs as part of *In re Camping World Holdings, Inc. Shareholder Derivative Litigation*, Lead Case No. 1:26-cv-05824, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, counsel shall promptly call to the attention of this Court the filing, removal, reassignment, or transfer of any such case.

7. Johnson Fistel, PLLP and Rigrodsky Law, P.A. shall serve as Co-Lead Counsel for Plaintiffs in the Consolidated Derivative Action. Co-Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pre-trial, trial procedure, and settlement negotiations, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of the Consolidated Derivative Action and to avoid duplicative or unproductive efforts.

8. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.[1]

[1] Collectively, the *Amaral* Action, the *Schulz* Action, and the *Kogut* Action name as defendants Marcus A. Lemonis, Matthew D. Wagner, Thomas E. Kirn, Brent L. Moody, Andris A. Baltins, Brian P. Cassidy, Mary J. George, Michael W. Malone, K. Dillon Schickli, and Kathleen S. Lane (the "Individual Defendants," and together with Camping World, "Defendants").

9. Miller Law LLC and Wolf Haldenstein Adler Freeman & Herz LLC shall serve as Co-Liaison Counsel for Plaintiffs in the Consolidated Derivative Action.

10. Pursuant to Fed. R. Civ. P. 5(b)(2)(E)–(F), service by e-mail transmission shall be permitted in addition to service via ECF notification. For non-CM/ECF participants, service shall be deemed effective upon transmission of e-mail.

Dated: June 30, 2026

April M. Perry

The Honorable April M. Perry