**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Martin Karl Schulz IV, et al.
Plaintiff,
v.
Camping World Holdings, Inc., et al.
Defendant.

Case No.: 1:26−cv−05824
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable April M. Perry: The joint motion to stay this case pending resolution of the motion to dismiss in the related securities action [18] is granted. The parties are to submit a joint status report within the earlier of 14 days of the ruling on the motion to dismiss filed in 26−cv−2710 or by 2/9/2027. This case and all pending deadlines are stayed. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.